UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT LONNELL SMITH, | Case No. 3:25-cv-00215-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SCOTT RASMUSSEN, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Robert Lonnell Smith filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 6 ("Complaint").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending that the Court allow the Complaint to proceed against certain defendants and dismiss the remaining defendants with prejudice. (ECF No. 7.) Plaintiff had until September 12, 2025 to file an objection to the R&R. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original).

In the R&R, Judge Denney screens the Complaint under 28 U.S.C. § 1915A. (ECF No. 7.) Judge Denney finds the Complaint fails to state a claim against Washoe County and City of Reno under the legal requirements for section 1983 municipal liability. (*Id.* at 7-8.) Judge Denney originally screened the Complaint in July, identified this deficiency, and granted Plaintiff leave to amend the Complaint. (ECF No. 5 at 6-8.) Because Plaintiff did not amend the Complaint, Judge Denney now recommends dismissal with prejudice

of Washoe County and City of Reno as defendants. (ECF No. 7 at 8.) The Court agrees that Plaintiff fails to state a claim against these municipal defendants. The Court further agrees with Judge Denney that Plaintiff states a colorable Fourth Amendment false arrest claim against Defendant Rasmussen and a Fourth Amendment malicious prosecution claim against Defendants Rasmussen and Rhodes. (*Id*. at 6.)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that the City of Reno and Washoe County are dismissed from this case with prejudice. (ECF No. 6 at 1-2.)

It is further ordered that Plaintiffs' Fourth Amendment false arrest claim against Defendant Rasmussen and Fourth Amendment malicious prosecution claim against Defendants Rasmussen and Rhodes proceed.

The Clerk of Court is kindly directed to issue summonses for Defendants Scott Rasmussen and Benjamin Rhodes and deliver them along with copies of the Complaint (ECF No. 6) and this order to the U.S. Marshal for service.

The Clerk of Court is kindly directed to send Plaintiff two USM-285 forms.

It is further ordered that Plaintiff has 21 days from the date of this order to submit the required USM-285 forms, with the relevant information for each defendant, to the U.S. Marshalls at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. If Plaintiff is notified from the U.S. Marshalls that any defendants was not successfully served, Plaintiff must file a motion with the Court within 20 days providing more detailed information regarding Defendants or some other method of service that should be attempted.

///
///
///
///
///

It is further ordered that under Federal Rule of Civil Procedure 4(m), service must be complete within 90 days of this order. If Plaintiff requires additional time, he must file a motion for extension of time under Local Rule 1A 6-1 before the expiration of the deadline, and the motion must be supported by a showing of good cause.

DATED THIS 23rd Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE