UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LONNELL SMITH, | Case No.: 3:25-cv-00215-MMD-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 17 |
| SCOTT RASMUSSEN, et al., | |
| Defendants | |

Plaintiff has filed a motion for a 90-day extension of time to serve defendants Scott Rasmussen and Benjamin Rhodes in compliance with Federal Rule of Civil Procedure 4(m). (ECF No. 17.) Good cause appearing, Plaintiff's motion for extension of time is **GRANTED IN PART**. Plaintiff will have until February 7, 2026, to effect service on the defendants in this case.

Plaintiff also asserts that he has no means investigate the appropriate address for service of the defendants and asks the court to permit service "UNDER SEAL, by the U.S. Marshall." (*Id.* at 2.) Plaintiff is already authorized to have service completed by the U.S. Marshal, but it remains Plaintiff's responsibility to identify the information necessary to do so as required in the USM-285 forms. The court appreciates that this is a difficult task for an indigent inmate to undertake, but the court cannot undertake this investigation for Plaintiff and does not have access to the Defendants' addresses or contact information, even under seal, by way of which it could order the U.S. Marshal to make service.

If service is not accomplished within the timeframe given, the case will be dismissed without prejudice under Rule 4(m). If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1

before the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS SO ORDERED**.

Dated: December 19, 2025

_____
Craig S. Denney
United States Magistrate Judge