**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT LONNELL SMITH,

Plaintiff,

v.

SCOTT RASMUSSEN, et al.,

Defendants.

3:25-cv-00215-MMD-CSD

**ORDER**

Re: ECF No. 19

Before the court is Plaintiff's Motion for Extension of Time to Serve Defendants Scott Rasmussen and Benjamin Rhodes in compliance with Federal Rule of Civil Procedure 4(m). (ECF No. 19.)

Plaintiff's Motion for Extension of Time to Serve Defendants Scott Rasmussen and Benjamin Rhodes (ECF No. 19) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Wednesday, March 11, 2026**, in which to serve Defendants Scott Rasmussen and Benjamin Rhodes in compliance with Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED: January 26, 2026.



_____
Craig S. Denney
United States Magistrate Judge