# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT LONNELL SMITH,

    Plaintiff

v.

SCOTT RASMUSSEN, et al.,

    Defendants

Case No.: 3:25-cv-00215-MMD-CSD

**Report & Recommendation of
United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

For the reasons set forth below, it is recommended that this action be dismissed without prejudice for lack of timely service of the Defendants.

## I. DISCUSSION

Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC), proceeding pro se with this action pursuant to 42 U.S.C. § 1983. The events giving rise to this action, however, relate to Plaintiff's arrest and subsequent charges. Plaintiff is proceeding with a Fourth Amendment malicious prosecution claim against defendants Reno Police Department Officers Rasmussen and Rhodes, and a Fourth Amendment false arrest claim against defendant Rasmussen. (*See* ECF Nos. 7, 9.)

Summonses were issued for service on Rasmussen and Rhodes, and Plaintiff was initially given until December 22, 2025, to complete service under Federal Rule of Civil Procedure 4(m). (ECF No. 9 at 3; ECF No. 10.) Both summonses were returned unexecuted. (ECF Nos. 13, 14.)

Plaintiff then filed a motion for substitute service. (ECF No. 15.) The court denied the motion without prejudice, finding Plaintiff did not provide sufficient information for the court to conclude that he had undertaken due diligence to locate and serve the defendants. (ECF No. 16.)

Plaintiff filed a motion requesting a 90-day extension of time to serve the Defendants (ECF No. 17), which the court granted insofar as Plaintiff was given until February 7, 2026, to complete service. Plaintiff was cautioned that if service was not accomplished by that date, this action would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). He was advised that if he needed additional time to meet the deadline, he must file a motion for extension of time before expiration of the deadline that is supported by good cause. (ECF No. 18.)

Plaintiff filed a second motion for an extension of time to serve Defendants (ECF No. 19), which the court granted, giving Plaintiff until March 11, 2026, to complete service. (ECF No. 20.)

To date, Plaintiff has not served the Defendants. It has been just short of one year since this action was filed, and Plaintiff has been given multiple extensions of time to complete service of the Defendants. Plaintiff has not timely sought a further extension to complete service. Therefore, this action should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

## II. RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

The parties should be aware of the following:

2

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 25, 2026

_____
Craig S. Denney
United States Magistrate Judge

3