UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT LONNELL SMITH,

Plaintiff,

v.

SCOTT RASMUSSEN, *et al.*,

Defendants.

Case No. 3:25-cv-00215-MMD-CSD

ORDER

*Pro se* Plaintiff Robert Lonnell Smith filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 6 ("Complaint").) After screening the Complaint, the Court permitted Plaintiff to proceed on a Fourth Amendment false arrest claim against Defendant Scott Rasmussen and a Fourth Amendment malicious prosecution claim against Defendants Rasmussen and Benjamin Rhodes. (ECF No. 9.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss this action without prejudice for lack of timely service on the Defendants. (ECF No. 21.) Plaintiff filed an objection (ECF No. 22 ("Objection")) and in the same filing asked the court to order service on his behalf (ECF No. 23). For the reason discussed below, the Court will adopt the R&R in full.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where, as here, a party timely objects to a magistrate judge's Report and Recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." *Id.* The Court's review is thus de novo because Plaintiff filed his Objection.

In the R&R, Judge Denney recommends dismissing this action without prejudice because despite multiple extensions of time since this action was filed about a year ago,

Plaintiff has not served Defendants. (ECF No. 21 at 2.) The summons were returned unexecuted on October 10, 2025. (ECF Nos. 13, 14.) The Court granted Plaintiff's requests for extension to March 11, 2026 to serve Defendants. (ECF No. 20.) Plaintiff did not comply with that deadline and as Judge Denney found, Plaintiff has not timely sought further extension of time to complete service. (ECF No. 21 at 2.) In his Objection, Plaintiff states he has been unsuccessful in serving Defendants and asks the Court to direct the Chief or Acting Chief of the Reno Police Department to either accept service or "locate the employees of [this] action" and serve them. (ECF No. 22 at 2.) Plaintiff offers no authority to support his request. The Court does not have authority to direct the Reno Police Department to accept service or help serve process in this case. For this reason, the Court overrules Plaintiff's Objection.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 21) is accepted and adopted in full.

It is therefore ordered that this action is dismissed without prejudice for lack of service.

It is further ordered Plaintiff's motion for the Court to order service (ECF No. 23) is denied.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE